UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                    Case No. 21-CR-172

ANGEL J. ESCAJEDA,

    Defendant.

---

## ORDER DENYING REQUEST FOR TRANSCRIPT

---

Defendant Angel Escajeda was convicted of Conspiracy to Distribute Controlled Substances and sentenced to prison for a term of 40 months on October 3, 2023. On February 7, 2024, Escajeda filed a request for a transcript of his sentencing. The motion will be denied.

Escajeda has no appeal pending, nor has he indicated any intent to pay for the transcript. Absent a pending appeal or some statement as to why such a transcript is needed, the court declines to order a transcript at taxpayer expense.

Dated at Green Bay, Wisconsin this <u>20th</u> day of February, 2024.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge